UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA CRUMPTON,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-05904-CDB (SS)<br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br>(Doc. 10) |

Pending before the Court is the stipulated request of Plaintiff Cristina Crumpton to extend the deadline to file a motion for summary judgment by 60 days from October 23, 2026, through and including December 22, 2026. (Doc. 10). The parties represent that Plaintiff's counsel has a number of briefs due before other courts and requires additional time to brief the issues in this action. *Id.* at 1. Defendant does not oppose the request and has stipulated to the requested relief. *Id.* at 2.

For good cause shown by the parties' representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **December 22, 2026**. The opposition and optional reply shall be filed consistent with the Court's scheduling order. (Doc. 3).

IT IS SO ORDERED.

Dated: **October 14, 2026**

UNITED STATES MAGISTRATE JUDGE